UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VINCENT RAY, JR.,<br><br>Plaintiff,<br><br>v.<br><br>WILIAM JOE SULLIVAN, *et al.*,<br><br>Defendants. | No. 1:20-cv-01699-NONE-HBK<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S REQUEST FOR INJUNCTION</u><br><br>(Doc. Nos. 7, 8) |

Plaintiff moved on January 22, 2021 for an injunction to be housed a lower security area of his prison. (Doc. No. 7). The matter was referred to the assigned magistrate judge under 28 U.S.C. § 636(b)(1)(B), Local Rule 302 (E.D. Ca. 2019). On April 12, 2021, the magistrate judge issued findings and recommendations which found plaintiff failed to demonstrate he was entitled to an injunction and thus recommending his motion be denied. (Doc. No. 8). Plaintiff filed on April 26, 2021 what was docketed as his "objections." (Doc. No. 9). That filing, however, raised no objections and instead stated that he had already been transferred to the lower security area and that his request for an injunction was thus "moot." (*Id.*).

In accordance with 28 U.S.C. § 636(b)(1)(C), this court had conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

/////

1

Accordingly,

1. The findings and recommendations issued on April 12, 2021 (Doc. No. 8) are adopted in full; and

2. Plaintiff's motion for a preliminary injunction (Doc. No. 7) is DENIED.

IT IS SO ORDERED.

Dated: **May 27, 2021**

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE