# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VINCENT RAY, JR.,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM JOE SULLIVAN, et al.,<br><br>Defendants. | Case No. 1:20-cv-01699-DAD-HBK<br><br>ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS ENTERED APRIL 27, 2021<br><br>(Doc. No. 10) |

On April 27, 2021, the court submitted Findings and Recommendations that Plaintiff's *in forma pauperis* status be denied under 28 U.S.C. § 1915(g) and that Plaintiff pay the full filing fee or face this matter's dismissal. (Doc. No. 10). Plaintiff filed objections to the Findings and Recommendations on May 11, 2021. (Doc. No. 11).

At this time the court finds it necessary to address certain arguments raised in the objections.

Accordingly, it is ORDERED:

The Findings and Recommendations entered on April 27, 2021 (Doc. No. 10) are WITHDRAWN. The court, if appropriate, will issue modified Findings and Recommendations in the near future.

IT IS SO ORDERED.

Dated: June 1, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE