# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VINCENT RAY, JR., | No. 1:20-cv-01699-NONE-HBK (PC) |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE |
| WILLIAM JOE SULLIVAN, et al., | |
| Defendants. | |

Plaintiff Edward Vincent Ray, Jr. is a state prisoner proceeding *pro se* in this civil rights action brought under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 20, 2021, the Court issued an order denying Plaintiff's motion to proceed *in forma pauperis* and ordering Plaintiff to pay the filing fee within 21 days. (Doc. 16.) The Court cautioned Plaintiff that "failure to pay the filing fee within the specified time will result in the dismissal of this action." (*Id.* at 2.)

On October 6, 2021, Plaintiff appealed this Court's September 20, 2021 Order, but failed to timely pay the requisite appellate fees and his petition to proceed *in forma pauperis* before the Ninth Circuit was denied. (*See* Docs. 17, 20, 23.) On September 28, 2022, his appeal was dismissed for failure to prosecute. (Doc. 24.)

To date, Plaintiff has not paid the filing fee as directed by the Court in its September 20,

2021 Order, and more than 21 days have now passed since the Ninth Circuit dismissed Plaintiff's appeal.

Accordingly, this action is DISMISSED for failure to pay the filing fee and failure to obey a Court order.

IT IS SO ORDERED.

Dated:   **October 24, 2022**

UNITED STATES DISTRICT JUDGE